United States District Court
Southern District of Texas
**ENTERED**
January 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ESTATE OF RHOGENA ANN NICHOLAS and ESTATE OF DENNIS TUTTLE, Deceased. | § § § § § § § § § § § |

CIVIL ACTION NO. 4:20-CV-04287

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON January 4, 2021 at 9:00 AM

Appearances:    Michael Patrick Doyle
L. Boyd Smith, Jr.
Christy L. Martin
(Court Reporter: H. Alcaraz)

The following rulings were made:

Pursuant to phone conference, this matter is taken under advisement. An Order shall issue.

It is so ORDERED.

SIGNED on this 4th day of January, 2021.

_____
Kenneth M. Hoyt
United States District Judge