UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE ESTATE OF § | |
| § | |
| RHOGENA ANN NICHOLAS, § | Civil Action No.: 4:20-cv-04287 |
| § | |
| DECEASED § | The Honorable Judge Kenneth M. |
| § | Hoyt |

**NOTICE OF APPEAL**

Notice is hereby given that The City of Houston ("City") appeals to the United States District Court of Appeals for the Fifth Circuit from the district court's Memorandum and Order for Remand [Doc. #13].

On December 17, 2020, the City removed this matter to the United States District Court for the Southern District of Texas [Doc. #1]. The notice of removal was premised in part on 28 U.S.C. § 1442, which is reviewable by appeal. 28 U.S.C. § 1447(d). Appellate jurisdiction extends to all possible grounds for removal. *Morgan v. Huntington Ingalls, Inc.*, 879 F.3d 602, 607 (5th Cir. 2018); *Decatur Hosp. Auth. v. Aetna Health, Inc*., 854 F.3d 292, 296 (5th Cir. 2017).

                Respectfully submitted,
                **ARTURO G. MICHEL**
                **City Attorney**

                KELLY DEMPSEY
                Chief, Torts/Civil Rights

Date: January 8, 2021    By:  */s/ Christy L. Martin*
                                         Christy L. Martin
                                         Sr. Assistant City Attorney
                                         ATTORNEY IN CHARGE
                                         SBN: 24041336
                                         FBN: 754168
                                         832.393.6438 (direct)
                                         christy.martin@houstontx.gov

1

JENNIFER F. CALLAN
Sr. Assistant City Attorney
SBN:   00793715
FBN:   22721
832.393.6286 (direct)
Jennifer.Callan@houstontx.gov


CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby, 4th Floor
Houston, Texas 77002
832.393.6491 Main
832.393.6259 Facsimile


*Attorneys for City of Houston, Texas*

2

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing was filed via CM/ECF which will automatically serve a Notice of Electronic Filing on the following:

| | |
|---|---|
| Michael Patrick Doyle<br>Patrick M. Dennis<br>Jeffrey I. Avery<br>DOYLE, LLP<br>3401 Allen Parkway, Suite 100<br>Houston, Texas 77019<br>service@doylelawfirm.com<br><br>Charles C. Bourque, Jr.<br>ST. MARTIN & BOURQUE, LLC<br>315 Barrow Street<br>Houma, Louisiana 70360<br>cbourque@stmblaw.com<br><br>*Attorneys for the Nicholas Family* | Michael T. Gallagher<br>L. Boyd Smith, Jr.<br>Pamela R. McLemore<br>2905 Sackett Street<br>Houston, TX 77098<br>mike@gld-law.com<br>bsmith@boydsmithlaw.com<br>pamm@gld-law.com<br><br>*Attorneys for the Tuttle Family* |

                                                  */s/Christy L. Martin*
                                                CHRISTY L. MARTIN