## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN THE ESTATE OF | § |
| | § |
| RHOGENA ANN NICHOLAS, | §   Civil action NO.: 4:20-cv-4287 |
| | § |
| DECEASED | § |
| | § |

## ORDER

THIS CAUSE came before the Court on the Unopposed Motion to Withdraw Counsel filed by Jennifer F. Callan. Having considered the Motion, the Court finds that it is meritorious and should be granted.

**IT IS, THEREFORE, ORDERED** that Jennifer F. Callan, should be and is hereby withdrawn as counsel of record for City of Houston.

**IT IS, FINALLY, ORDERED** that the Clerk of the Court shall remove Jennifer F. Callan from the list of counsel of record registered to receive CM/ECF notices in the matter.

**IT SO ORDERED** this the _____day of _____, 2021.

_____
KENNETH HOYT
UNITED STATES DISTRICT JUDGE